S. Shanker Metal Ceiling Company, Incorporated, Respondent, *v.* Fort Masonry Company et al., Respondents, and Samuel Rabinowitz et al., Appellants.

Reported below, 174 App. Div. 856.
(Submitted October 2, 1916; decided October 17, 1916.)

Motion to dismiss an appeal as to plaintiff, respondent, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 20, 1916, affirming a judgment of the Bronx County Court in an action to foreclose a mechanic's lien.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were sustained by the evidence; that no question of law was involved and that the exceptions were frivolous.

*Louis Weinberger* for motion.

*David Steckler* opposed.

Motion denied, without costs.